LYONS & FLOOD, LLP
65 West 36th Street, 7th Floor
New York, New York 10018
(212) 594-2400

Attorneys for Plaintiff
MEDITERRANEAN SHIPPING COMPANY S.A.,

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X    **ECF Case**

MEDITERRANEAN SHIPPING COMPANY S.A.,

    Plaintiff,        07 Civ. 4783 (RWS)

 -against-          **RULE 7.1 DISCLOSURE**
                **STATEMENT**
SUPERIOR LINK INTERNATIONAL, INC
    Defendant.
-----------------------------------------------------------------X

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Edward P. Flood, a member of the Bar of this Court and a partner in the firm of Lyons & Flood, LLP, attorneys for Plaintiff MEDITERRANEAN SHIPPING COMPANY, S.A., certifies upon information and belief that said Plaintiff is not a publicly held corporation in the United States and that there are no corporate parents, subsidiaries, or affiliates of the Plaintiffs which are otherwise publicly held in the United States.

Dated: June 4, 2007

  New York, New York

            LYONS & FLOOD, LLP
            Attorneys for Plaintiff
            MEDITERRANEAN SHIPPING COMPANY S.A.

     By: _/s/ Edward P. Flood_
        Edward P. Flood (EPF-5797)
        65 West 36th Street, 7th Floor
        New York, New York 10018
        (212) 594-2400

U:\FLOODDOC\2549090\Pleadings\Complaint.doc