UNITED STATES DISTRICT COURT SOUTHERN DISTRICT
DISTRICT OF NEW YORK
----------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY S.A.,

                      Plaintiff,

- against -

SUPERIOR LINK INTERNATIONAL, INC

                      Defendant.
----------------------------------------------------X

Affidavit of Service

CASE # 07 CV 4783

STATE OF NEW YORK     )
                              ) ss.:
QUEENS COUNTY       )

    Andrew Bartley, being duly sworn, deposes and says: deponent is not a party to this action, and is over 18 years of age and is a resident of the State of New York.

    On June 8, 2007, at approximately 5:17 pm, at 147-38 182nd Street, Suite 203, Jamaica, NY 11413, deponent served the within Summons and Complaint upon: **Superior Link International**, Inc, by delivering to and leaving with Dennis Wong, Manager, a person of suitable age and discretion, a true and correct copy of said documents. At the time of said service, Dennis Wong, stated that he duly authorized to accept service on behalf of Superior Link International, Inc.

    Dennis Wong is described an Asian male, approximately 36-50 yrs. of age, 131-160 lbs., 5'4"-5'8" tall, with black hair.

                                                   _____
                                                      (Andrew Bartley)

Sworn to before me this
June 25, 2007

_____
Notary Public

Karlene S. Jackson, Notary Public
State of New York, #01JA6083169
Qual. In Queens Cty; New York Cty
Commission Expires November 17, 2009