UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
MEDITERRANEAN SHIPPING COMPANY S.A.,

                ECF Case

    Plaintiff,

                07 Civ. 4783 (RWS)

  -against-

SUPERIOR LINK INTERNATIONAL, INC.,      **DEFAULT JUDGMENT**

    Defendant.
-----------------------------------------------------------X

    This action having been commenced on June 5, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on Defendant, SUPERIOR LINK INTERNATIONAL, INC., on June 8, 2007, by hand delivering and leaving a true copy of the Summons and Complaint with Dennis Wong, a Manager duly authorized to accept personal service on behalf of SUPERIOR LINK INTERNATIONAL, INC., and proof of this service having been filed on June 25, 2007, and the Defendant not having answered the Complaint, and the time for answering the Complaint having expired, it is

    ORDERED, ADJUDGED AND DECREED: That the plaintiff have judgment against Defendant in the liquidated amount of $22,089.28 with interest at 6% from May 2, 2005, amounting to $3,097.38 plus costs and disbursements of this action in the amount of $420.00 amounting in all to $25,606.66.

Dated: September __, 2007
      New York, New York

                                                  U.S.D.J

                                         This Document was entered on the
                                         docket on _____.

CERTIFIED COPY DOCUMENT ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/19/07